## Exhibit A
## Statement of Claim
## Plaintiff Sonia Badillo

**Unpaid Overtime and Minimum Wages**

| Period[1] | Weeks[1] | Average Weekly Hours Worked[1] | Average Weekly Pay[1] | Equivalent Hourly Rate Paid[1] | Minimum Wage Hourly Rate | Total Unpaid Minimum Wages[1] | Total Unpaid Overtime Wages[1] | Total Liquidated Damages[1] |
|---|---|---|---|---|---|---|---|---|
| 1/1/20 - 8/19/20 | 33.14 | 84 | $342.31 | $ 4.08 | $ 8.56 | $ 12,485.91 | $ 6,241.46 | $ 18,727.37 |
| 7/6/19 - 12/31/19 | 25.57 | | | | $ 8.46 | $ 9,418.72 | $ 4,759.35 | $ 14,178.08 |
| | | | | | | $ 21,904.63 | $ 11,000.82 | $ 32,905.45 |

Total Unpaid Minimum Wages[1] = $ 21,904.63
Total Unpaid Overtime Wages[1] = $ 11,000.82
Total Liquidated Damages[1] = $ 32,905.45
Total[1] = $ 65,810.90

[1] Numbers are averages, estimates, and/or approximates. Numbers may change as information is uncovered through the discovery process.