UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 0:20-cv-62381-WPD

SONIA BADILLO,

    Plaintiff,

v.

THE SAM PERKS COMPANY, LLC, d/b/a
PERKS HOSPITALITY MANAGEMENT,
SAMUAL J. PERKS, and DREW FONTENOT,

    Defendants.
_____/

## ORDER ADOPTING REPORT OF MAGISTRATE JUDGE

THIS CAUSE is before the Court on Plaintiff's Verified Motion for Attorney's Fees and Non-Taxable Costs Pursuant to 29 U.S.C. § 216(b) [DE 64] (the "Motion"), and the September 26, 2022 Report and Recommendation of Magistrate Judge Alicia O. Valle [DE 75] (the "Report"). The Court notes that no objections to the Report [DE 75] have been filed, and the time for filing such objections has passed. As no timely objections were filed, the Magistrate Judge's factual findings in the Report [DE 75] are hereby adopted and deemed incorporated into this opinion. *LoConte v. Dugger*, 847 F.2d 745, 749-50 (11th Cir. 1988), *cert. denied*, 488 U.S. 958 (1988); *RTC v. Hallmark Builders, Inc.*, 996 F.2d 1144, 1149 (11th Cir. 1993).

Although no timely objections were filed, the Court has conducted a *de novo* review of the Report [DE 75] and record and is otherwise fully advised in the premises. The Court agrees with the Magistrate Judge's reasoning and conclusions.

Accordingly, it is hereby **ORDERED AND ADJUDGED** as follows:

1.     The Report [DE 75] is hereby **ADOPTED** and **APPROVED**;
2.     Plaintiff's Motion [DE 64] is **GRANTED IN PART**; and

3. Plaintiff is entitled to attorney's fees in the amount of **$54,525**, and non-taxable costs in the amount of **$350**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 12th day October, 2022.

*William P. Dimitrouleas*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of record
Magistrate Judge Valle